United States Bankruptcy Court  
For The  
Western District Of Kentucky

IN RE:  Case No:

PAUL E LOVE  07-50827  
REBECCA L LOVE

## ORDER AMENDING THE ORDER OF CONFIRMATION (TO PROPERLY REFLECT THE PERCENTAGE TO BE PAID TO UNSECURED CREDITORS)

Motion having been made by the Chapter 13 Trustee, William W. Lawrence, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Order of Confirmation in this Chapter 13 Bankruptcy is amended to increase the percentage paid to unsecured creditors from 35.00% to 38.00%.

Order Tendered by:  
WILLIAM W. LAWRENCE  
CHAPTER 13 TRUSTEE  
Suite 310  
200 S. Seventh Street  
Louisville, KY 40202  
(502)581-9042